UNITED STATES of America, Plaintiff—Appellee,

v.

Abel ALEMAN–PADILLA, Defendant—Appellant.

No. 03–10635.

D.C. No. CR–02–01797–FRZ.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 13, 2004.

Jeffrey H. Jacobson, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Michael Aaron Harwin, Law Offices of Michael Aaron Harwin, P.C., Tucson, AZ, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

## MEMORANDUM**

Abel Aleman–Padilla appeals his guilty-plea conviction and 70–month sentence for

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

illegal re-entry after deportation, pursuant to 8 U.S.C. § 1326(a), enhanced by (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Aleman–Padilla has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Aleman–Padilla has not filed a pro se supplemental brief. The government has not filed a responding brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.